SETH ARONSON (S.B. #100153)
ABBY F. RUDZIN (admitted *pro hac vice*)
ALEC JOHNSON (S.B. #270960)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
saronson@omm.com
arudzin@omm.com
aljohnson@omm.com

Attorneys for Defendants Ronald J. Buschur
and Kevin T. Michaels

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| AG NET LEASE ACQUISITION CORPORATION; and AGNL ANTENNA, L.P., <br><br>    Plaintiffs, <br><br> v. <br><br> RONALD J. BUSCHUR; and KEVIN MICHAELS, <br><br>    Defendants. | Case No. 13-cv-01631-CJC (JPR) <br><br> **STIPULATION DISMISSING ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** <br><br> Honorable Cormac J. Carney |

**STIPULATION DISMISSING ACTION WITH PREJUDICE**

Plaintiffs AG Net Lease Acquisition Corp. and AGNL Antenna, L.P. and Defendants Ronald J. Buschur and Kevin Michaels, by and through their respective counsel of record, hereby enter into this Stipulation dismissing the present action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure:

1. On June 22, 2015, Plaintiffs and Defendants entered into a settlement agreement, whereby all claims between the parties were resolved.

2. Pursuant to the settlement agreement, all parties that have appeared in this action hereby stipulate that the above-captioned action, including all counterclaims, is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

3. The parties request that this Court retain jurisdiction to enforce and interpret the parties' settlement agreement.

| | |
|---|---|
| Dated: July 28, 2015 | SETH ARONSON<br>ABBY F. RUDZIN<br>ALEC JOHNSON<br>O'MELVENY & MYERS LLP<br><br>By:  s/ Alec Johnson<br>         Alec Johnson<br>Attorneys for Defendants<br>Ronald J. Buschur and Kevin T. Michaels |
| Dated: July 28, 2015 | JEFF ROSS<br>HARRY NISKA<br>ROSS & ORENSTEIN LLC<br><br>By:  s/ Harry Niska<br>         Harry Niska<br>Attorneys for Plaintiffs<br>AG Net Lease Acquisition Corporation and AGNL Antenna, L.P. |

**ATTESTATION**

I hereby attest that the other signatory listed, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.

DATED: July 28, 2015          O'MELVENY & MYERS LLP


By:      s/ Alec Johnson
         Alec Johnson
Attorneys for Defendants Ronald J. Buschur and Kevin T. Michaels